

**ORDERED in the Southern District of Florida on September 13, 2011.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

-----------------------------------------------------------------------------------------------------------
**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In Re:

SUARMYS JIMENES

CASE NO. 11-12461-AJC
CHAPTER 13

Debtor(s)

_____/

### AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY NATIONSTAR MORTGAGE (RESOLVES HEARING SET FOR SEPTEMBER 13, 2011 AT 3:30 P.M.)

THIS CASE came to be heard upon Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by NATIONSTAR MORTGAGE (DE19; the "Motion").Based upon the parties having come to an agreement, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at

**11470 SOUTHWEST 200 STREET, MIAMI, FL 33157**, and more particularly described as:

**LOT 3, BLOCK 1, SOUTH MIAMI HEIGHTS ADDITION J, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 68, AT PAGE 74, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY FLORIDA**

B.  The total of all claims secured by liens on the Real Property senior to the lien of NATIONSTAR MORTGAGE (the "Lender") is $ 0.

C.  The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ 0 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  Lender has an allowed secured claim in the amount of $ 100,000.00.

3.  (Select only one):

    ___    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

    √    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ <u>285,657.70</u>, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

**PREPARED / SUBMITTED By:**
Steve D. Tran
Florida Bar No. 14822
Law Offices of Daniel C. Consuegra
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889

Daniel C. Consuegra is directed to serve copies of this order on the parties listed and file a certificate of service.

**Copies furnished to:**

SUARMYS JIMENES
19341 HOLIDAY ROAD
MIAMI, FL 33157

ROBERT SANCHEZ, ESQUIRE
900 W 49 ST#500
HIALEAH, FL 33012

NANCY N. HERKERT, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

UNITED STATES TRUSTEE
51 SOUTHWEST FIRST AVENUE, SUITE 1204
MIAMI, FL 33130

NATIONSTAR MORTGAGE, LLC
C/O DANIEL C. CONSUEGRA
9204 KING PALM DRIVE
TAMPA, FL 33619